01
02
03
04
05
06

07                          UNITED STATES DISTRICT COURT
                           WESTERN DISTRICT OF WASHINGTON
08                                    AT SEATTLE

09  PATRICK KEVIN TERRILL,              )
                                        )   CASE NO. C10-1545-MAT
10          Plaintiff,                  )
                                        )
11      v.                              )   ORDER GRANTING STIPULATION
                                        )   FOR EQUAL ACCESS TO JUSTICE
12  MICHAEL J. ASTRUE, Commissioner     )   ACT FEES
    of Social Security,                 )
13                                      )
            Defendant.                  )
14  _____)

15      The parties submitted a stipulation for attorney's fees and expenses under the Equal

16  Access to Justice Act (EAJA).  (Dkt. 20.)  Plaintiff seeks an award of $4,814.15 in attorney's

17  fees and $18.78 in expenses pursuant to the EAJA, 28 U.S.C. § 2412, for a total award of

18  $4,832.93.  Having considered the stipulation and accompanying documents, the Court finds

19  the request reasonable.

20      It is therefore ORDERED:

21      (1)     The stipulation for EAJA fees and expenses (Dkt. 20) is GRANTED.   Plaintiff

22  is hereby awarded the attorney's fees and expenses requested; and

ORDER GRANTING STIPULATION
FOR EQUAL ACCESS TO JUSTICE ACT FEES
PAGE -1

(2)   The Clerk shall send copies of this Order to the parties.

DATED this 21st day of April, 2011.

                                          */s/ Mary Alice Theiler*
                                        Mary Alice Theiler
                                        United States Magistrate Judge

ORDER GRANTING STIPULATION
FOR EQUAL ACCESS TO JUSTICE ACT FEES
PAGE -2